**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1290**

_____

WILLIAM A. WECKEL,

                              Plaintiff - Appellant,

        versus

CIRCUIT COURT OF BALTIMORE COUNTY, MARYLAND;
STATE OF MARYLAND,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-05-295-WDQ)

_____

Submitted:  June 9, 2005          Decided:  June 14, 2005

_____

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William A. Weckel, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William A. Weckel appeals a district court order summarily dismissing his action against the Circuit Court for Baltimore County seeking declaratory relief. We have reviewed the record and the district court's memorandum and affirm for the reasons stated by the district court. See Weckel v. Circuit Court for Baltimore County, CA-05-295-WDQ (D. Md. Feb. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED